SIGMAN *v.* JAMES and Others.

SIGMAN
v.
JAMES.

APPEAL from the *Clark* Circuit Court.

*Per Curiam.*—Suit by the appellant against the appellees.

*Wednesday,
May 29.*

*Bartlett James*, as guardian of the appellant, by order of the Probate Court of *Clark* county, sold a piece of land belonging to his said ward; and *Meshac James*, a brother of said guardian, became the purchaser; to whom a deed was made by order of the proper Court. *Meshac* sold and conveyed the same land back to *Bartlett*, and *Bartlett* conveyed to *Prather*. This suit was brought to set aside the sale on the ground of alleged fraud. It is averred that the sale to *Meshac* was a mere pretext to enable *Bartlett* to buy his ward's land. Trial by the Court; finding and judgment for the defendants, a new trial being denied. There is no question of law involved in the record. The evidence contained in the bill of exceptions, as we think, fails to show the alleged fraud, and sustains the finding of the Court. The counsel for the appellant refers us to the answers of *Bartlett* and *Meshac James*, to interrogatories propounded to them, as showing the alleged fraud; and that the land was collusively sold to *Meshac*. We need not inquire what influence these answers would have upon the question involved, as the bill of exceptions, which purports to set out all the evidence offered, does not contain them, or allude to them. By the bill of exceptions, it is clear that these answers were not offered in evidence.

The judgment below is affirmed, with costs.

*M. M. Ray*, for the appellant.

*W. T. Otto, J. S. Davis, J. H. Stotzenburg* and *Thos. M. Brown*, for the appellees.